### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **NATALIE ALTINER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:08-CV-00034-WHA |
| | ) |
| **FEDEX GROUND PACKAGES SYSTEMS, INC.,** | ) |
| | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Natalie Altiner, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and has no reportable relationships.


01/16/08                                         /s/ Jon C. Goldfarb
Date                                             Jon C. Goldfarb
                                                 Ethan R. Dettling
                                                 Counsel for Plaintiff