| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x The Corporation Company   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>The Corporation Company |
| 1. Article Addressed to:<br><br>**FedEx Ground Packages Systems, Inc.**<br>**c/o Corporation Company**<br>**2000 Interstate Park Drive Suite 204**<br>**Montgomery, AL 36109**<br><br>08cv34 S+C | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. ☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0000 4260 6057 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540