**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATALIE ALTINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDEX GROUND PACKAGES SYSTEMS, INC.,** | ) | 1:08-cv-00034-WHA-CSC |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel Robert K. Spotswood, Kenneth D. Sansom, and John R. Parker, Jr., having obtained the consent of Plaintiff's counsel to respond to the Complaint by Thursday, March 6 in lieu of the current deadline of Tuesday, February 5, hereby enter their appearance on behalf of FedEx Ground Package System, Inc. ("FedEx Ground"), incorrectly named as the defendant in the above-captioned matter as FedEx Ground Packages Systems, Inc., with the full reservation of all of FedEx Ground's rights and defenses, including, without limitation, its rights to respond in all ways and raise all defenses contemplated under Federal Rule of Civil Procedure 12(b).

DATED this 31st day of January, 2008.

Kenneth D. Sansom (SAN 047)
*One of the Attorneys for the Defendant*

Robert K. Spotswood (SPO 001)
Kenneth D. Sansom (SAN 047)
John R. Parker, Jr. (PAR 123)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203-3329
Telephone:    (205) 986-3620
Facsimile:    (205) 986-3639
E-mail:       ksansom@spotswoodllc.com
E-mail:       rks@spotswoodllc.com
E-mail:       jrparker@spotswoodllc.com

*Of Counsel to the Defendant*

NOTICE OF APPEARANCE
Page 2
1:08-cv-00034-WHA-CSC

SPOTSWOOD
SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639

## **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following persons:

Jon C. Goldfarb
Ethan Detling
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: jgoldfarb@wcqp.com
Email: edettling@wcqp.com

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct.

DATED this 31st day of January, 2008, at Birmingham, Alabama.

_/s/_

Of Counsel

NOTICE OF APPEARANCE
Page 3
1:08-cv-00034-WHA-CSC

SPOTSWOOD
SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639