**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATALIE ALTINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDEX GROUND PACKAGES SYSTEMS, INC.,** | ) | 1:08-cv-00034-WHA-CSC |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW FedEx Ground Package System, Inc., incorrectly named as the defendant in the above-captioned matter as FedEx Ground Packages Systems, Inc., and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

FedEx Ground Package System, Inc. is a wholly-owned subsidiary of FedEx Corporation, a corporation whose shares are publicly traded on the New York Stock Exchange under the symbol "FDX."

DATED this 31st day of January, 2008.

Kenneth D. Sansom (SAN 047)
*One of the Attorneys for the Defendant*

        Robert K. Spotswood (SPO 001)
        Kenneth D. Sansom (SAN 047)
        John R. Parker, Jr. (PAR 123)
        SPOTSWOOD SANSOM & SANSBURY LLC
        940 Concord Center
        2100 Third Avenue North
        Birmingham, Alabama 35203-3329
        Telephone:   (205) 986-3620
        Facsimile:    (205) 986-3639
        E-mail:       ksansom@spotswoodllc.com
        E-mail:       rks@spotswoodllc.com
        E-mail:       jrparker@spotswoodllc.com

*Of Counsel to the Defendant*

DEFENDANT'S CONFLICT DISCLOSURE STATEMENT—Page 2
1:08-cv-00034-WHA-CSC

SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639

## **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following persons:

Jon C. Goldfarb
Ethan Detling
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: jgoldfarb@wcqp.com
Email: edettling@wcqp.com

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct.

DATED this 31st day of January, 2008, at Birmingham, Alabama.

_____
Of Counsel

DEFENDANT'S CONFLICT
DISCLOSURE STATEMENT—Page 3
1:08-cv-00034-WHA-CSC

SPOTSWOOD
SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639