IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATALIE ALTINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDEX GROUND PACKAGES SYSTEMS, INC., | ) | 1:08-cv-00034-WHA-CSC |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

FedEx Ground Package System, Inc. ("FedEx Ground"), which was incorrectly named as the defendant in the above-captioned matter as FedEx Ground Packages Systems, Inc., hereby moves for an additional thirty (30) calendar days in which to respond to the Complaint in this action. In support of this motion, FedEx Ground states as follows:

1. On or about January 16, 2008, FedEx Ground appears to have been served with the Complaint in this action, and the responsive pleading in this action is currently due on Tuesday, February 5, 2008.

2. FedEx Ground requires additional time to prepare an answer or other appropriate response to the Complaint.

3. Counsel for the Plaintiff has authorized the undersigned counsel to represent in this motion that the Plaintiff does not oppose this extension request.

**MOTION GRANTED**

SO ORDERED
THIS _1st_ DAY OF _Feb._, 20_08_

_____
UNITED STATES DISTRICT JUDGE