**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATALIE ALTINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDEX GROUND PACKAGES SYSTEMS, INC.,** | ) | 1:08-cv-00034-WHA-CSC |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOHN ROBERT PARKER, JR.'S MOTION TO WITHDRAW

COMES NOW Defendant FedEx Ground Package System, Inc. ("FedEx Ground") and hereby moves this court to allow John Robert Parker, Jr. to withdraw as counsel in this matter. Mr. Parker is no longer practicing at Spotswood Sansom & Sansbury LLC. Spotswood Sansom & Sansbury LLC will remain as counsel for FedEx Ground.

Respectfully submitted by,

/s_____
John R. Parker, Jr. (PAR 123)

Kenneth D. Sansom (SAN 047)
Robert K. Spotswood (SPO 001)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203-3329
Telephone:     (205) 986-3620
Facsimile:      (205) 986-3639
E-mail:          ksansom@spotswoodllc.com
E-mail:          rks@spotswoodllc.com
E-mail:          jrparker@spotswoodllc.com

*Of Counsel to the Defendant*

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following persons:

Jon C. Goldfarb
Ethan Detling
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: jgoldfarb@wcqp.com
Email: edettling@wcqp.com

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct.

DATED this 30th day of June 2008, at Birmingham, Alabama.

_____
Of Counsel

John Robert Parker, Jr.'s Motion to Withdraw
Page 2
1:08-cv-00034-WHA-CSC

**SPOTSWOOD
SANSOM & SANSBURY LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639