IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATALIE ALTINER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FEDEX GROUND PACKAGES SYSTEMS, INC., | ) 1:08-cv-00034-WHA-CSC ) ) |
| Defendant. | ) ) ) ) ) ) |

### JOHN ROBERT PARKER, JR.'S MOTION TO WITHDRAW

COMES NOW Defendant FedEx Ground Package System, Inc. ("FedEx Ground") and hereby moves this court to allow John Robert Parker, Jr. to withdraw as counsel in this matter. Mr. Parker is no longer practicing at Spotswood Sansom & Sansbury LLC. Spotswood Sansom & Sansbury LLC will remain as counsel for FedEx Ground.

Respectfully submitted by,

/s_____
John R. Parker, Jr. (PAR 123)

Kenneth D. Sansom (SAN 047)
Robert K. Spotswood (SPO 001)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203-3329
Telephone:    (205) 986-3620
Facsimile:    (205) 986-3639
E-mail:       ksansom@spotswoodllc.com
E-mail:       rks@spotswoodllc.com
E-mail:       jrparker@spotswoodllc.com

*Of Counsel to the Defendant*

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20___

_____
UNITED STATES DISTRICT JUDGE