**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATALIE ALTINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FEDEX GROUND PACKAGES** | ) | **1:08-cv-00034-WHA-CSC** |
| **SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that undersigned counsel, of the firm SPOTSWOOD SANSOM &

SANSBURY LLC, hereby enters her appearance on behalf of FedEx Ground Package System,

Inc. ("FedEx Ground"), incorrectly named as the defendant in the above-captioned matter as

FedEx Ground Packages Systems, Inc.

DATED this 16th day of July, 2008.

/s/ Grace L. Kipp_____
Grace L. Kipp (LON 049)
*One of the Attorneys for the Defendant*

Robert K. Spotswood (SPO 001)
Kenneth D. Sansom (SAN 047)
Grace L. Kipp (LON 049)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203-3329
Telephone:    (205) 986-3620
Facsimile:    (205) 986-3639
E-mail:    gkipp@spotswoodllc.com

*Of Counsel to the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned declares as follows:

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice to the following persons:

Jon C. Goldfarb
Ethan Detling
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: jgoldfarb@wcqp.com
Email: edettling@wcqp.com

I declare under penalty of perjury under the laws of the State of Alabama that the
foregoing is true and correct.

DATED this 16th day of July, 2008, at Birmingham, Alabama.


/s/ Grace L. Kipp
Of Counsel

**SPOTSWOOD
SANSOM & SANSBURY LLC**
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
Tel (205) 986-3620
Fax (205) 986-3639