# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| NATALIE ALTINER,         ) | |
| )                        | |
| PLAINTIFF,   )           | |
| )                        | **CIVIL ACTION NO.:** |
| V.              )        | **1:08-cv-00034-WHA-CSC** |
| )                        | |
| FEDEX GROUND PACKAGES, ) | |
| SYSTEMS, INC.       )    | |
| )                        | |
| DEFENDANT.   )           | |
| )                        | |

## NOTICE OF APPEARANCE

Comes now, Daniel E. Arciniegas, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as additional counsel for Plaintiff, Natalie Altiner, in the above-styled case.

DATED: July 31, 2008                s/Daniel E. Arciniegas
                                                        Jon C. Goldfarb
                                                        Ethan R. Dettling
                                                         Daniel E. Arciniegas
                                                         Counsel for Plaintiff

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis LLC
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy VIA US Mail on the following counsel of record:

Kenneth D. Sansom
Grace Kipp
Spotswood, Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203

on this the   31st  day of July , 2008.

                                                                  s/ Daniel E. Arciniegas
                                                                  OF COUNSEL