**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| NATALIE ALTINER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDEX GROUND PACKAGES | ) | **1:08-cv-00034-WHA-CSC** |
| SYSTEMS, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE FOR JOSEPH P. MILCOFF

Comes now, Kenneth D. Sansom—one of the attorneys for defendant FedEx Ground Package System, Inc. ("FedEx Ground," which was incorrectly named as the defendant in the above-captioned matter as FedEx Ground Packages Systems, Inc.) and a member in good standing of the Alabama State Bar and the Bar of the United States District Court for the Middle District of Alabama—and respectfully requests the entry of an order admitting Joseph P. Milcoff pro hac vice pursuant to Local Rule 83.1(b). In support of this motion, movant shows this Court the following:

1.      Since October 21, 1999, Joseph P. Milcoff has been a member in good standing of the Bar of the Supreme Court of Pennsylvania, where he regularly practices law. A certificate of good standing is attached hereto as Exhibit A.

2.      Joseph P. Milcoff, a Senior Attorney at FedEx Ground, is appearing as co-counsel for FedEx Ground.

3.      Joseph P. Milcoff has been admitted to practice before the following courts:

Supreme Court of Pennsylvania
U.S. District Court, Middle District of Pennsylvania
U.S. Court of Appeals, Third Circuit
U.S. District Court, Western District of Pennsylvania
U.S. District Court, District of Colorado
U.S. District Court, Northern District of Ohio
U.S. Court of Appeals, Fifth Circuit

4.     Joseph P. Milcoff is particularly qualified to handle the above-referenced action before this Court in association with local counsel of record Robert K. Spotswood and Kenneth D. Sansom of the law firm Spotswood, Sansom & Sansbury, LLC.

5.     The required $50 pro hac vice admission fee has been concurrently forwarded to the Court by overnight delivery.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests that this Court grant Joseph P. Milcoff, a non-resident attorney, admission to practice in this particular case.

DATED this 1st day of August, 2008.

_____
Kenneth D. Sansom (SAN 047)

*One of the Attorneys for the Defendant*
Robert K. Spotswood (SPO 001)
Kenneth D. Sansom (SAN 047)
Grace L. Kipp (LON 049)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203-3329
Telephone:     (205) 986-3620
Facsimile:     (205) 986-3639
E-mail:         ksansom@spotswoodllc.com
E-mail:         rks@spotswoodllc.com
E-mail:         gkipp@spotswoodllc.com
*Of Counsel to the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned declares as follows:

I hereby certify that on this date I served the foregoing on the following persons

by electronic mail:


Jon C. Goldfarb
Ethan Detling
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0500
Fax: 205-254-1500
Email: jgoldfarb@wcqp.com
Email: edettling@wcqp.com


DATED this 1st day of August 2008, at Birmingham, Alabama.

_____
Of Counsel

3



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Joseph Page Milcoff, Esq.*

**DATE OF ADMISSION**

*October 21, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 20, 2008**

Patricia A. Nicola
Chief Clerk

AO 136
(Rev 4/93)

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

WESTERN DISTRICT OF PENNSYLVANIA

)
) ss.
)

 

I, **ROBERT V. BARTH, JR.**, Clerk of the United States District

Court for the Western District of Pennsylvania

 

DO HEREBY CERTIFY That    **JOSEPH PAGE MILCOFF**    was duly

admitted to practice in said Court on October 12, 2000, and is in

good standing as a member of the bar of said Court.

 

Dated at Pittsburgh, Pennsylvania     ROBERT V. BARTH, JR.
                                                                        Clerk

on August 4, 2008                                  By_____
                                                        Jason L. Schantz   Deputy Clerk