```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005997
Cashier ID: christin
Transaction Date: 08/04/2008
Payer Name: SPOTSWOOD SANSOM SANSBURY
------------------------------------
PRO HAC VICE
 For: JOSEPH P MILCOFF
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Remitter: SPORTSWOOD SANSOM
 Check/Money Order Num: 1324
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```