**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 5, 2008

## NOTICE OF DEFICIENCY

**To:** Attorney Joseph Page Milcoff

**From:** Clerk's Office

**Case Style:** Altiner v. FedEx Ground Packages Systems, Inc.

**Case Number:** 1:08-cv-00034-WHA

**Referenced Pleading:** Motion for admission pro hac vice

**Docket Entry #** 21

**You filed a motion to appear pro hac vice on August 1, 2008, however, the certificate of good standing is from a court other than a US District Court and is not acceptable. Please forward a current (less than six months old) Certificate of Good Standing from the US District Court for which you are admitted to practice to the clerk's office immediately.**

*DO NOT E-FILE YOUR CORRECTION.......PLEASE FOLLOW THE INSTRUCTIONS PREVIOUSLY PROVIDED BY TELEPHONE FROM THE DOCKET CLERK PERTAINING TO THIS CASE.*