# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 5, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Altiner v. FedEx Ground Packages Systems, Inc.**

**Case Number:    1:08cv00034-WHA**

**This Notice of Correction was filed in the referenced case this date to attach a correct attachment PDF document to include a US District Court Certificate of Good Standing.**

**The correct attachment PDF document is attached to this notice for your review.   Reference is made to document # 21   filed on    August 01, 2008.**

AO 136
(Rev 4/93)

**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA           )
                                        )   ss.

WESTERN DISTRICT OF PENNSYLVANIA    )

       I, **ROBERT V. BARTH, JR.**, Clerk of the United States District Court for the Western District of Pennsylvania

       DO HEREBY CERTIFY That    **JOSEPH PAGE MILCOFF**   was duly admitted to practice in said Court on October 12, 2000, and is in good standing as a member of the bar of said Court.

Dated at Pittsburgh, Pennsylvania    <u>ROBERT V. BARTH, JR.</u>
                                                  Clerk

on August 4, 2008                  By <u>                            </u>
                                     Jason L. Schantz   Deputy Clerk