IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATALIE ALTINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:08cv034-WHA |
| ) | |
| FEDEX GROUND PACKAGES ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #21), filed on behalf of Joseph P. Milcoff on August 1, 2008, and it appearing that Joseph P. Milcoff is a member in good standing of the United States District Court for the Western District of Pennsylvania, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 6th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE